David S. Toy, Esq., CA SBN 168368
Email: davidstoyesq@gmail.com
Gilman & Allison LLP
Sunrise Lake Center
9307 Broadway, Suite 407
Pearland, TX 77584
Telephone: 888 225 5767
Facsimile: 866 543 3643
Attorneys for Plaintiffs, Juanita Soto, Individually and as Personal Representative for the Estate of Alfredo Soto, Sr., Deceased; Alfredo Soto, Jr.; Juan Soto; Amira Soto; and Alonzo Soto

FILED
CLERK, U.S. DISTRICT COURT
OCT 23 2012
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
OCT 23 2012
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Juanita Soto, Individually and as Personal Representative for the Estate of Alfredo Soto, Sr., Deceased; Alfredo Soto, Jr.; Juan Soto; Amira Soto; and Alonzo Soto, <br><br> Plaintiffs, <br><br> vs. <br><br> M/V STAR EVVIVA, her tackle, apparel, etc., *in rem*, and GRIEG SHIPPING II AS, <br><br> Defendants. | Case Number: <br> **CV12-09093** RGK (SSx) <br><br> ADMIRALTY - Rule 9(h) <br><br> [PROPOSED] ORDER FOR ISSUANCE OF WARRANT FOR MARITIME ARREST |
|---|---|

Upon reading Plaintiffs' Verified Complaint ["Complaint"] for issuance of a warrant for maritime arrest and supporting papers, the Court finds that the conditions for an action *in rem* under Supplemental Admiralty Rule C appear to exist upon an admiralty and maritime claim,

**AND** it appearing that unless the vessel *M/V STAR EVVIVA* is arrested, the Plaintiffs, Juanita Soto, Individually and as Personal Representative for the Estate of Alfredo Soto, Sr., Deceased, Alfredo Soto, Jr., Juan Soto, Amira Soto, and Alonzo Soto will be deprived of their right to prosecute this action,

**AND** it appearing that the Plaintiffs are seeking damages for survival and wrongful death of the decedent due to the alleged negligence of the vessel *M/V STAR EVVIVA* it is hereby:

1 **ORDERED**, that the United States Marshal for the Central District of California issue the process of maritime arrest of the vessel *M/V STAR EVVIVA* (IMO 8011330) her engines, tackle, boilers, etc. and against any and all persons having or claiming to have any and all interest therein, that they be cited to appear and answer under oath all and singular the matters set forth in the Complaint now being filed simultaneously herewith, all as previously set forth in the Complaint; and it is further

**ORDERED**, that the United States Marshal is to take custody of the *M/V STAR EVVIVA* currently or soon to be located within the Central District of California; and it is further

**ORDERED**, that any person claiming an interest in the property arrested pursuant thereto may, upon a showing of any improper practice or a manifest want of equity on the part of the Plaintiffs, be entitled to an order requiring the Plaintiffs to show cause forthwith why the arrest should not be vacated or other relief granted; and it is further

**ORDERED**, that the vessel *M/V STAR EVVIVA* may be allowed to shift within the Port of Los Angeles berth to berth without further order from the Court; and it is further

**ORDERED**, that cargo may be loaded and discharged as necessary from the vessel *M/V STAR EVVIVA* without further order from the Court; and it is further

**ORDERED**, that the vessel *M/V STAR EVVIVA* may be released from seizure without further order of this Court, if the Marshal receives written authorization from the attorney who requested the seizure and that such attorney advised that he has conferred with all counsel representing all of the parties to this litigation and they consent to the release, and the Court has not entered an Order to the contrary; and Plaintiffs shall hold harmless and indemnify the United States of America, the United States Marshals Service, their agents, servants, employees, and all others for whom they are responsible, from any and all liability or responsibility for claims arising from the arrest and release of the vessel as is herein specifically provided by a letter

of authorization from Plaintiffs' Attorney without further order from the Court; and it is further

**ORDERED**, that a copy of this Order be attached to and served with the said process of maritime arrest.

SIGNED this 23 day of October, 2012.

_____
HON. U.S. ~~DISTRICT~~/MAGISTRATE JUDGE

3