| | |
|---|---|
| David S. Toy, Esq., CA SBN 168368<br>Email: davidstoyesq@gmail.com<br>Gilman & Allison LLP<br>Sunrise Lake Center<br>9307 Broadway, Suite 407<br>Pearland, TX 77584<br>Telephone: 888 225 5767<br>Facsimile: 866 543 3643<br>Attorneys for Plaintiffs, Juanita Soto, Individually and as Personal Representative for the Estate of Alfredo Soto, Sr., Deceased; Alfredo Soto, Jr.; Juan Soto; Amira Soto; and Alonzo Soto | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juanita Soto, Individually and as Personal Representative for the Estate of Alfredo Soto, Sr., Deceased; Alfredo Soto, Jr.; Juan Soto; Amira Soto; and Alonzo Soto,<br><br>Plaintiffs,<br><br>vs.<br><br>M/V STAR EVVIVA, her tackle, apparel, etc., *in rem*, and GREIG SHIPPING II AS,<br><br>Defendants. | Case Number:<br><br>CV12-09093 RGK (SSx)<br><br>ADMIRALTY - Rule 9(h)<br><br><br>**CONSENT TO RELEASE VESSEL** |

**TO THE DISTRICT CLERK OF THE ABOVE ENTITLED COURT:**

As Attorney for Plaintiffs of the seizure of the *M/V STAR EVVIVA*, I represent that:

1. My clients consent to the release of the *M/V STAR EVVIVA* without prejudice;

2. Counsel representing all parties consent to the release; and

3. The Court has not entered an order that would prevent the release of the vessel.

//

1

  Accordingly, I instruct the Marshal to release the vessel *M/V STAR EVVIVA* from arrest.

DATED: October 24, 2012

Respectfully submitted,

**GILMAN & ALLISON LLP**

_____
David S. Toy, Esq.
Attorneys for Plaintiffs, Juanita Soto, Individually and as Personal Representative for the Estate of Alfredo Soto, Sr., Deceased; Alfredo Soto, Jr.; Juan Soto; Amira Soto; and Alonzo Soto

**OF COUNSEL:**

GILMAN & ALLISON LLP
Douglas T. Gilman, Esq.
Brenton J. Allison, Esq.
Sunrise Lake Center
9307 Broadway, Suite 407
Pearland, TX 77584
Email: dgilman@gilmanallison.com
Email: ballison@gilmanallison.com